JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TIN QUOC PHAN, | No. SA CV 22-105-SB (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |

Pursuant to the Order accepting the findings, conclusions and recommendations of the Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint in this matter is dismissed without further leave to amend and with prejudice for failure to state a claim, and this action is dismissed with prejudice.

DATED: June 18, 2022

HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE